

**MEMORANDUM ENDORSED**

YAAKOV SAKS ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 15, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 16, 2023

**Via CM/ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York

    Re:    **Lawal v. Stein Mart, Inc.**
              Case #: 1:23-cv-04141-GHW

Dear Judge Woods:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for August 22, 2023, be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

    We further request that the conference not be adjourned to September 15, 25, 29, or the first week of October, as we will be out of office for religious observances.

    Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address. We ask for additional time to establish contact with Defendant.

    We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

---

Plaintiff's August 15, 2023 request to adjourn the initial pretrial conference, Dkt. No. 10, is granted. The initial pretrial conference scheduled for August 22, 2023 is adjourned to October 26, 2023, at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's May 22, 2023 order, Dkt. No. 5, are due no later than October 19, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated: August 16, 2023
New York, New York

                    _____
                    GREGORY H. WOODS
                    United States District Judge